## VORCHHEIMER *v.* SCHOOL DISTRICT OF PHILADELPHIA ET AL.

No. 76-37. Argued February 22, 1977—Decided April 19, 1977

*Sharon K. Wallis* argued the cause for petitioner. With her on the briefs were *Ruth Bader Ginsburg* and *Melvin L. Wulf.*

*Alan H. Gilbert* argued the cause for respondents. With him on the brief was *Edward B. Soken.**

PER CURIAM.

The judgment is affirmed by an equally divided Court.

MR. JUSTICE REHNQUIST took no part in the consideration or decision of this case.

---

*\*Solicitor General Bork* filed a brief for the United States as *amicus curiae.*